UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

STRATA TRUST COMPANY, CUSTODIAN FBO
PETER FIORETTI ROTH IRA 300002568 (AS
ASSIGNEE OF LIBERTY TRUST COMPANY, LTD,
AS CUSTODIAN FOR THE BENEFIT OF PETER
JOHN FIORETTI IRA ACCOUNT TC003645), and
PETER FIORETTI,

                Plaintiff(s)

- v -                                   **RULE 7.1 STATEMENT**

LINDA E. GRECO

                              1:23-cv-7910

              Defendant(s)                Case Number

_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

STRATA TRUST COMPANY, CUSTODIAN FBO
PETER FIORETTI ROTH IRA 300002568 (AS
ASSIGNEE OF LIBERTY TRUST COMPANY, LTD, AS CUSTODIAN FOR THE BENEFIT OF
PETER JOHN FIORETTI IRA ACCOUNT TC003645), and PETER FIORETTI,

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

   N/A

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

STRATA TRUST COMPANY, CUSTODIAN FBO PETER FIORETTI ROTH IRA 300002568 (AS ASSIGNEE OF LIBERTY TRUST COMPANY, LTD, AS CUSTODIAN FOR THE BENEFIT OF PETER JOHN FIORETTI IRA ACCOUNT TC003645), and PETER FIORETTI,
Address: 6836 Carnegie Blvd Suite 410
Charlotte, NC 28211

LINDA E. GRECO
Address: 132 Ramsen Street
New York, NY 11201

Date  9/06/2023

Agatha Mingos, Esq.

_____
Signature of Attorney

**5621917**
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022