UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATA TRUST COMPANY, CUSTODIAN FBO PETER FIORETTI ROTH IRA 300002568 (AS ASSIGNEE OF LIBERTY TRUST COMPANY, LTD, AS CUSTODIAN FOR THE BENEFIT OF PETER JOHN FIORETTI IRA ACCOUNT TC003645), and PETER FIORETTI, <br><br>       Plaintiffs, <br><br>-against- <br><br>LINDA E. GRECO and SDS BNDO STREET FUNDING, LLC, <br><br>       Defendants. | 23-CV-07910 (MMG) <br><br>**<u>ORDER</u>** |

MARGARET M. GARNETT, United States District Judge:

  Defendant SDS BNDO Street Funding, LLC appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with Rule II(B)(10) of the Court's Individual Rules & Practices (available at https://nysd.uscourts.gov/hon-margaret-m-garnett), or a stipulation of voluntary dismissal as to this defendant, **within two weeks of the date of this Order**. If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment or voluntary dismissal is filed by the deadline set forth above, the claims against this defendant may be dismissed for failure to prosecute without further notice to the parties.

  Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant SDS BNDO Street Funding, LLC **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: February 26, 2024
   New York, New York

                    SO ORDERED.

                    MARGARET M. GARNETT
                    United States District Judge