```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATA TRUST COMPANY, et al.,

                Plaintiffs,

-against-

LINDA E. GRECO, et al.,

                Defendants.

23-CV-07910 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that the March 21, 2024 status conference set by Judge Liman's Order dated November 16, 2023 (Dkt. No. 17) is adjourned to **Tuesday, April 30, 2024, at 11:30 a.m.**  The deadlines for the proposed joint pretrial order and motions for summary judgment are adjourned pending the April 30 conference.

    In accordance with Rules II(A)(7) and II(B)(9) of the Court's Individual Rules & Practices, it is further ORDERED that the parties shall follow the Court's procedures for post-fact-discovery correspondence with the Court, including either filing pre-motion letter(s) for summary judgment no later than **April 5, 2024** or, alternatively, a joint status letter, as outlined in further detail in the Court's standard Civil Case Management Plan and Scheduling Order, no later than **April 12, 2024**.

Dated: March 20, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge