```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATA TRUST COMPANY, et al.,

                    Plaintiff,

-against-

LINDA E. GRECO, et al.,

                    Defendants.

23-CV-07910 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed and for the reasons stated at the April 16 conference, it is hereby ORDERED that Plaintiffs shall submit any additional materials regarding diversity of citizenship with respect to Defendant SDS BNDO Street Funding, LLC, no later than **April 26, 2024**. It is further ORDERED that Plaintiffs shall serve such additional materials upon Defendant SDS BNDO Street Funding, LLC, and file proof of such service, no later than **April 29, 2024**.

Dated: April 17, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge