UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATA TRUST COMPANY, et al.,

                 Plaintiffs,

-against-

LINDA E. GRECO, et al.,

                 Defendants.

23-CV-07910 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      As discussed and for the reasons stated at the April 30 conference, it is hereby ORDERED that Plaintiffs, in support of their motion for default judgment against Defendant SDS BNDO Street Funding LLC, shall submit (1) supplemental materials on the citizenship of the LLC members of Defendant SDS BNDO Street Funding LLC, specifically Lucky Duck LLC, G46 LLC, and Post Road Realty Services LLC; and (2) an affidavit itemizing the attorney's fees and costs sought, including supporting billing records or other relevant supporting documentation (supporting materials may be submitted directly to the Court for *in camera* review), no later than **May 14, 2024**.

      It is further ORDERED that the parties shall file and brief any summary judgment motion(s) regarding the claims against Defendant Linda Greco pursuant to the below schedule:

- Motions shall be due no later than **May 31, 2024**;
- Oppositions shall be due no later than **June 14, 2024**; and
- Replies shall be due no later than **June 21, 2024**.

Dated: April 30, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge