UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATA TRUST COMPANY, et al.,

                       Plaintiffs,

          -against-                          23-CV-07910 (MMG)

LINDA E. GRECO, et al.,                        **ORDER**

                       Defendants.

MARGARET M. GARNETT, United States District Judge:

      On June 20, 2024, Defendant Linda Greco's counsel of record, Jude Roberto Cardenas, informed the Court via email that he was terminated by Ms. Greco in February 2024 and replaced by William Wexler. Despite this asserted termination, Mr. Cardenas has not complied with the Local Rules of the United States District Court for the Southern District of New York to withdraw as counsel in the above-captioned action. In particular, Local Rule 1.4 provides that, "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order." To date, Mr. Cardenas has not complied with the required procedures to secure leave to withdraw as Ms. Greco's counsel, nor has the Court granted such a withdrawal.

      Accordingly, Mr. Cardenas is hereby ORDERED to either comply with Local Rule 1.4 or file an opposition on behalf of Ms. Greco to the Plaintiffs' pending motion for summary judgment (Dkt. No. 54) no later than **July 9, 2024**. Mr. Cardenas is further ORDERED to send a copy of this Order to Ms. Greco and Mr. Wexler.

Dated: June 21, 2024
       New York, New York

                                                        SO ORDERED.

                                                        MARGARET M. GARNETT
                                                        United States District Judge