

**Agatha C. Mingos**

810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4438 | Fax 212.631.1244
mingosa@whiteandwilliams.com | whiteandwilliams.com

September 6, 2024

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

        RE:    Strata Trust Company, et. al., v. Linda E. Greco et. al.
                  Case No. 1:23-cv-07910-MMG

Dear Judge Garnett,

      I represent the Plaintiffs Strata Trust Company, Custodian FBO Peter Fioretti Forth IRA 300002568 (as assignee of Liberty Trust Company, LTD, as Custodian for the Benefit of Peter John Fioretti IRA Account TC003645)("Strata"), and Peter Fioretti ("Fioretti") (individually a "Plaintiff" and collectively "Plaintiffs"), in the aforementioned action.

      I write in response to Defendant Linda Greco's ("Defendant") recent letter to the Court [D.I. 73], confirming no opposition to Plaintiffs' Motion for Summary Judgment ("Motion") will be submitted. At this time, Plaintiffs respectfully request that their Motion be granted, and that judgment be entered against the Defendants.

      The Plaintiffs further decline to participate in any future voluntary settlement conference, given that a resolution through a settlement conference is not a realistic possibility at this stage. Plaintiffs note that the parties remained too far apart in their prior settlement negotiations. In addition, the Plaintiffs prepared for a settlement conference that was previously cancelled due to Defendant's failure to participate. We thank the Court for its consideration in this matter and remain available to address any additional inquiries.

Very truly yours,
WHITE AND WILLIAMS LLP

Agatha C. Mingos

cc:    Kevin J. Nash, Esquire