## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
STRATA TRUST CO., et al.,

               Plaintiffs,                   23 **CIVIL** 7910 (MMG)

     -against-                       **JUDGMENT**

LINDA E. GRECO, et al.,

               Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2024, Plaintiffs' motion for summary judgment against Defendant Greco is hereby GRANTED. Judgment is hereby entered against Defendant Linda Greco for Count One of the first amended complaint in the amount of $13,276,452.74 as of October 31, 2024, with per diem interest in the amount of $3,378.47 continuing to accrue, plus costs and disbursements of this action, and with pre- and post-judgment interest at the legal rate until the Judgment is paid in full. It is further ORDERED that judgment is hereby entered against Defendant Greco in the amount of $13,276,452.74, and the Court shall retain jurisdiction over any matter pertaining to this Judgment. As default judgment has been granted against Defendant SDS BNDO Street Funding LLC on Count Two of the first amended complaint, *see supra* § 1, and summary judgment has been granted against Defendant Greco on Count One of the first amended complaint, *see supra* § II, there are no outstanding claims in Plaintiffs' first amended complaint against any defendant. Accordingly, the case is closed.

**Dated:**  New York, New York
           October 31, 2024

                                                                                    DANIEL ORTIZ
                                                                               Acting Clerk of Court

                                    BY:

                                                                               Deputy Clerk