USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATA TRUST COMPANY, Custodian FBO Peter Fioretti Roth IRA 300002568 (as assignee of Liberty Trust Company, Ltd, as custodian for the benefit of Peter John Fioretti IRA Account TC003645) et al<br>　　　　　　　　　　　Plaintiffs<br>v.<br>LINDA E. GRECO et al<br>　　　　　　　　　　　Defendants | 23-cv-07910-MMG<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

WHEREAS, Jeffrey Chubak of Amini LLC has filed a notice of substitution of attorneys (ECF #78), to substitute said attorneys as counsel for plaintiffs in place and instead of Agatha Mingos of White & Williams LLP, signed by each of them and plaintiffs in accordance with Local Civil Rule 1.4(b)(2); now, therefore, it is hereby:

ORDERED, that said substitution is hereby approved.

Dated: New York, NY
　　　　March 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Margaret M. Garnett
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge